In remanding this cause, we requested the circuit court to submit written *Page 498 
findings of fact upon which it relied to suppress the evidence of cocaine. Its order reflects, in part, the following:
 "When the defendant got his wallet out to withdraw his identification, 'a small white object fell out and fluttered to the ground.'
 "The officers forcibly removed the defendant and his foot, retrieved a small package of a powdered substance, which at some later date turned out to contain some elements of cocaine.
 "The Court finds from its observation of the witnesses, their demeanor and candor, that the officers had no legal cause or just excuse to stop and detain the defendant for any purpose whatsoever, and that their seizure under the facts herein were not based on probable cause or justifiable excuse."
We do not consider these findings to be clearly erroneous,Simmons v. State, 428 So.2d 218 (Ala.Cr.App. 1983), and accordingly, we affirm the trial court's ruling.
OPINION EXTENDED; AFFIRMED
All Judges concur.